[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Zsoch Denn

|  |  |
|---|---|
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| Defendant | ) |

1:18-cv-01460
Judge Virginia M. Kendall
Magistrate Judge M. David Weisman

**Magistrate Judge:**
Hon Judge
Appointed "sitting"

RECEIVED
FEB 15 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

TO Retaliation [Subsequent To a Filing Complaint]

1) The Plaintiff Zsoott Dunn Bey, Was Doing LaunDRY Subsequent too the Judge stating "I was Making It UP" regarding the Occorences which Took shape on Sept- 24-2017, To the Present

2) MR Dunn Was wearing a fez Non Mercantile "TravaiLing" The shores In a "TRust Estate Living Express Vehicle' through the earth on a _____ street headed to the Moorish Science Temple # 25 From 106th & cicero.

RECEIVED
2018 FEB 15 PM 4:46
U.S. DISTRICT COURT CLERK

3) Prior to the 1/3/18, Cicero, Oaklawn IL area "Visiting" Free From "Bias" Experiences Is often not the <u>case</u>" For <u>MR DUNN</u>, suffered (he") a Severe "Shackled" In violent "<u>Restraint Beating</u>" for over 2 Hrs with chicago police Department Screaming "Questioning" Dunn without "<u>Miranda</u>" regarding "Where's That Lawyer"//?? Where's greg!" "You Ever Seen This" ("knightsticks") hesitantly Dunn answered while Being Stranggle chacked From Rehind By James (L) & Unknown Batterer, Marcus Security From all "hospitals Conspirer's of/Vs-<u>DUNN</u>, they Warned DUNN whom Laid restrained Violently That Unless he gave Blood"// they'd Break Both arms with the "<u>knight stick</u>"// "Striking DUNN In Several Documented areas, (over 4 hospitals) Intentionally Mis Diagnosed DUNN, refused MRI's & refused to Treat after the <u>assault</u>" St James, ADVocate Christ hospital, ADVocate Masonic Halsted, DR, Okeef 98th western/Advocate Medical group.

AND FROM S.south side of Chicago thru to Harlem Ave for many things Shopping, Better gas Quality, Food, Health care Xrays, etc. Sight seeing, However Theirs Been Extreme Racial Profiling Within The last 8 years. Federally Investigated

4.) The Plaintiff Since Sept 24, 2017 has reported To the appropriate authorities the "non-stop stalking" By Oaklawn IL and all West (Evergreen, Cicero, & Harlem) areas' Police Departments Rear End Trailing Me, and also "False Ticketting" me; racial Profiling MR DUNN.

5) The USA Constitution Prohibits "Seizures" (ART III Sect 1-10) of any kind, Discrimination Based on Religion, Sex, race, color, Disability, National Origin (=DUNN'S - a Moorish American Member.) Native "Heir" of the Moorican Empire. USA the Establishing of a "Living "Express Trust" "Estate" Inter-alia is a contract with Protections under the US Constitution and free from all Interferences while the "Trust merchant" is In Commerce out Within the State(s) Mooving Freely, In a Vehicle "non-registered" to DUNN. "Trust-titled" "EXP/Living"

6) Different Calls, threats To DUNN have Been made To Plaintiff, Since Sept 24-2017 Dale of the College +notify ts hippen

7.) Jurisdiction is Based on Title 28 U.S.C. §1343 and 1331 and Supplemental Jurisdiction of The State of Illinois.

8.) The Plaintiff, Zsach Dunn was at all times a United States citizen and resident of The State of Illinois.

9.) The Visitation through a rich area Predominately white/non Black is Done # a "Antique - Vehicle" while Displaying Wearing a "kufi" Is a Natural Right" Hannigan vs wright, Chicago Coach Co vs. The City of Chicago 337 Ill.200,169 N.E. 22

The Oaklawn Police and The Chicago Police Dept ("Collectively") Unlawfully Seized Dunn Battered By Using a Weapon (sept 24 2017) & Seized without "reasonable Suspicion Plaintiffs "Trust Exp Property" Unlawfully without a "Warrant" Prior to This Retaliation Act.

10.) Similar to The "restrained "hogytied" Beating where Both above departments were there (oaklawn I.L.) DUNN was Refused to leave on his "free" "Will" the hospital and the Unreasonable racial /religious—driven "stop" of the Plaintiff on 3-[8] In 108th 105th center Lane of (4)Lane traffic of Cicero Illinois [Town of Indicted Mayor—] Demonstrates

CLERK U.S. DISTRICT COURT
NUMBER 15 PAGE 46
RECEIVED

11.) The injuries that result, may, are ongoing — too come about is over the estimated value of excess of 7 million total dollars pending cases, time cost worth value entail, hence the "totality of these forementioned" acts if not allowed a jury trial to punish these police officers for their, bad behaviour, Dunn could loose out on severe constitutional, privacy, velt, trust property rights, and criminal-defendant cases, civil cases may be affected vs the plaintiff

12.) The acts complained of are eral consent and participation to "pull up into a private first American Bank ATM drive thru" after sept 24 2017 (Days after) by same-officers dept + Dunn's back turned to officers and "over" questioned, "harrassed" abused" in the dark night, FBI reported gov subsequent to that — 1-3-18, plus un disclosed "court trap proceedings" occuring during times Dunn was brutally beaten with wanton force (2017-2018) on — a — table BY Oakslawn police Department, detectives & unknown, Chicago police detective unknown

RECEIVED

2018 FEB 15 PM 4:46

CLERK
U.S. DISTRICT COURT

3). The Plaintiff was Attempting as a Disabled with nerve Damages throughout his Body, and pain shooting acute, Nagging pins needles ailment was signaling to get over to turn at 103rd, no sign on I-3-18 was present Displaying a Limit between the Lenmory matt and 106th Dunn saw or witnessed, their was a 50 sign with Black paint Dunn assumed was the limit In accordance with Federal and Road engineering functions Rules

4) The officer Disrespected Dunn "Trust" Express and couldn't Had Ran Dunn's name, because the plaintiff was Never Questioned over "whose the Trustee" (Etc) or who" owned The Vehicle

5) The officer stated when Dunn asked "may I read before signing the Infraction/suit etc"? he yelled Intimidated, screamed " No pulling tightly the ticket steel mechanism back to his stomach tray replying I you can read it/ have it Backwards", after I'm Done with it and sign It"!

6) The officer In the center lane after taking Dunns License to, after a "out-of-Nowhere" Pullover, told/ Instructed Dunn to "Pull up there by that restaurant up there on 103rd cicero the one that's closed up", and stayed with the ID

(7) DUNN contends The Data Taken From 106th — 103rd Furthered The Conspiracy VS said Rights. as were The Deliberate acts of "Taking "turns Beating The Plaintiff with a knight sticks" Screaming Comply with a "nonconsentual" Blood Extraction of The ARM with Documented surgery injuries Stemming From Being Battered in "Restraints cuffs (Hand)

(8) There was Tens of People out on the, Jan 3rd - 2018 Beautiful Day on Cicero However the only Person Pulled over was DUNN.

(9) DUNN Diont accept WRONG Doing FOR The carburators Well Documented Issues "race-offs" and The "rear-end" Issues Currently DUNN Explained he was Experiencing on Snow & Ice on The cicero Roads Unpaved, Causing DUNN's Tires To Sway, Squeel, over Turn Incorrectly - Due to aameo repair shop Corporations misaligned installation of a Used Rear End.

(10) DUNN Questioned The accuracy "Caliberation" "authenticity", "Timing" of The Speed gun Which Car was Speeding and who actually got stopped"? Wearing a Islamic garb Violative vs Discrimination, and Constitutional laws Prohibiting those Rul times based on

..) each Defendant on The First Profile stop When Dunn was Trying too gain ascess too The Atn on 87th S. Kedzie FL, were all White/Europes, The assaulters police officers were white whom shattered Bones OF Dunn at the "Room" In The Hospital of Advocate Christ 4440 W 95 st, using a knight stick, Baton, Dunn was called Racial, Slurs and also Threatened, Strangled, molested, abused, also Oaklawn IL to Date, stalking, Calling, Threatening Dunn Since Sept 24-2017, causing 24/7 Svicide thoughts wishes and attempts Destroyed appetite and Greater Paranoia, Infact on Yesterday 1-30-18, The Harlem, Roberts RD ( Police In Black Truck) "Stalked Dunn Before his DR's appointment at Loyola 9608 Roberts Rd, From Lane- To-Lane as soon as Dunn exitted The Expressway Toll causing Concern and grave Fright as it Was Baseless and Dunn was not wearing a "Islamic Kufi", Though In his 1987 Chevy Caprice Classic 4 Door "rare" Antique Trust veh.

22)

22) In Committing the acts Described herein, the Defendants acted Jointly Conspiratorially and under color of Law with malice, willfulness, reckless indifference to the rights of Dunn to Intentionally deprive Plaintiff Dunn of his clearly established Constitutionally Protected right under the Fourth Amendment To the Freedom From Unreasonable Seizure and were In Violation of said rights Protected By U.S.C. §§ 1983...

23) Defendants "Chicago" Police Dept, Oaklawn Police Department Town Village Oaklawn IL Unknown "(collectively)" non white Detectives/police along with officers — under "guise","Color of Law" while "Working") For Protective Security guard Unit at Advocate Christ Hospital In Oaklawn IL actions were objectively Unreasonable and were Undertaken Intentionally with willfull Indifference to Plaintiff's Constitutional rights.

24) The misconduct Described In this Count was Undertaken From a Policy and Practice of the Oaklawn & Chicago Policy Department ("collectively") In that :

2): As a matter of Both Policy and Practice The Chicago Police Department & The Oaklawn Police Department, Congragulates, Promotes and IS thereby The moving force Behind, the Type of misconduct at --- here By Failing to accurately Train

Supervise, and Control its officers, such that
its failure to Do so manifests deliberate
indifference;

B.) Specifically, as a matter of both policy
and practice, the Oaklawn Police Department
Chicago Police Department
facilitates misconduct such as plaintiff(s)
described here at issue by failing to
investigate promptly the misconduct asserted by
Dunn, thereby leading both 1- unknown Oaklawn
and 1- unknown Chicago police officer (white) PD
officers too "believe" their deeds and beatings
assaults, profiling acts, will never be
scrutinized and, in that way, directly encouraging
future abuses such as those affecting plaintiff,
and

C.) The Chicago Police officer(s) & the Oaklawn
Police officers has failed to act P.D. OFFC
to promptly/fastly in efforts to remedy
the practices and 'patterned' of abuse, assaults
despite actual knowledge of the same, thereby
causing the injuries alleged here.

25) The misconduct of Defendants #279,
retaliator, 1- unknown Oaklawn Police off. Det.
1- unknown Chicago police officer was malicious,
ongoing, intentional retaliatory subsequent to reporting
intended to threaten the witness Dunn, harass
intimidate, dissuade Dunn from lodging his formal
complaint as to the Sept 24th 2017 & the

CLERK U.S. DISTRICT COURT
2018 FEB 13 PM 4:46
RECEIVED

RECEIVED

2018 FEB 15 PM 4:46

CLERK
(h3 DISTRICT COURT)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

3

On Behalf of
Living
Express
Trust
estate
of

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Zsoda
Dunn

Plaintiff

Case Number: 18 - CV -

Judge: Hon Judge

Magistrate Judge:

"Appointed"

v. Mayer of
City of
Town
village of Oaklawn
Sandra Bury
Chicago Police Dept)

OakLawn
Police
Department

Defendant

Officer Del (P Officer)
#279

[Civil Rights
Act
- Conspiracy -
Witness Death
Stalking
Entimiad

[Unknown
Chicago
Detective
White

Count 3 Indemnification

Illinois Provides That Public entities
must pay Judgment for Compensatory
Damages for which Employees are Liable
within Scope of Their Employment/Activities
745 ILCS 10/9 - 102. The Advocate Protection
Units/Team et.al. Security guards (Contracted
with Chicago Police Department(s) & Oaklawn Police
Department of City of Chicago were
(N) Collectively acting within The Scope of
Their Employment in Committing The
Misconduct alleged above, **WHEREFORE**
Plaintiff ZsadtKunn respectfully request that this-
Honorable Court) "Enter an Order" granting

Trustee
Favor -vc- Sandra Bury Mayor #279 Oaklawn

All relief
1983 USC
1983 USC
for his
unknown
Chicago Police
Judgment
M. Palmer
Oaklawn

# Parties

During all Times relevant
As this Complaint Plaintiff
Tst
Zsoch DUNN/Trustee was
a Natural Person and a U.S.
Citizen and a resident of The
State of Illinois

Mayor Defendant EMANUEL RAHM
Is a "Offical" within the meaning
                 Private
of 42 U.S.C. ¿1983 and
the Mayor of the city of
Chicago In Illinois, at all Times
CEO over Dept of finances and DEPJ
of Revenue Material to this complaint
In Illinois Operating under color
of Authority, semblene/"color" — vs DUNN'S TRUST

Defendant Sandra BURY Is a "Private"
citizen and Person within the meaning of
42 U.S.C. §1983, Is and at all Times
4 material to this complaint and was a

RECEIVED

2018 FEB 15 PM 4:46

CLERK
U.S. DISTRICT COURT



**Apollo**
**Casualty**
**Company**

1001 E. Touhy, Suite 200, Des Plaines, IL 60018
Tel: (847) 635-5600      Fax: (847) 635-8876

**OXFORD INSURANCE GROUP INC**
**9920 SOUTH WESTERN AVENUE**
**CHICAGO IL 60643**

705023

ENDORSEMENT EXCLUDING SPECIFIED OPERATORS
AUTOMOBILE ENDORSEMENT NAMED DRIVER EXCLUSION

THIS ENDORSEMENT EFFECTIVE 11/21/2017
FORMS PART OF POLICY NO.: P8455573                    12:01 A.M., STANDARD TIME
ISSUED TO: ZSOCH DUNN                          AND ANY AND ALL RENEWALS THEREOF
BY APOLLO CASUALTY COMPANY, DES PLAINES, ILLINOIS.

IN CONSIDERATION OF THE CONTINUATION OF THIS POLICY (AND ALL RENEWALS) IN FORCE BY THE
COMPANY, IT IS HEREBY AGREED THAT WITH RESPECT TO SUCH INSURANCE AS IS AFFORDED UNDER THE
ABOVE NUMBERED POLICY, **THE COMPANY SHALL NOT BE LIABLE** FOR LOSS, DAMAGE AND/OR LIABILITY
UNDER THE BODILY INJURY LIABILITY, PROPERTY DAMAGE LIABILITY, MEDICAL PAYMENTS, UNINSURED
MOTORIST, UNDERINSURED MOTORIST, UNINSURED MOTORIST PROPERTY DAMAGE, COMPREHENSIVE AND
COLLISION COVERAGES CAUSED **WHILE THE AUTOMOBILE DESCRIBED** IN THE POLICY, **OR ANY OTHER**
**AUTOMOBILE** TO WHICH THE TERMS OF THE POLICY ARE EXTENDED, **IS BEING OPERATED BY:**

  ANGIE DUNN

IN ALL OTHER RESPECTS THIS POLICY REMAINS UNCHANGED.

THE NAMED INSURED ACCEPTS THIS ENDORSEMENT AS WITNESS HIS (HER) SIGNATURE.

BY SIGNING BELOW, YOU AGREE TO THIS AMENDMENT TO YOUR POLICY.

          NAMED INSURED SIGN HERE --->   SIGNED _____

                              --->   SIGNED _____

COUNTERSIGNED _____
AT DES PLAINES, ILLINOIS

                              AUTHORIZED REPRESENTATIVE

the state of Illinois. Under Illinois law, Cook County is required to pay Judgments entered against the **Oaklawn** Police Department entered against the Police of (Town Hall Village of Oaklawn, Cooks County Located (Judgments us. William Palmer)

## Factual Allegations Common To All Counts

) on Sept 24th 2017 DUNN wanted Xrays at 4440 w 95st, Advocate Christ Hospital in Oaklawn IL, Cooks County, Illinois (hereinafter "The hospital"). 4440 w 95st

) The hospital operates and staffs a Security group, police men In a (3rd) Party Contract, the building has Camera surveillance on all levels.

) DUNN has a Disability walks on a Cane due from rearend Car accident he was falsely accused of, and wears Braces which Protect his wrist From Further Injury.

) DUNN tried leaving the eroom, after his name was called Due to "STRIP" Derogatory remarks spoken to DUNN By a white Nurse whom hid her name to tags, They harrased Beat Viscously DUNN, "Blocksed the-all exits" Created a hostile enviorment refusing DUNN to leave under a white Nurse whom Yelled " Do Not let Him leave This FacilityyyYeee, DUNN was grabbed By lester

DUNN was struck from throat, to legs, buttocks, necks, bi-lateral wrist, ankles, knees. DUNN under the agreements of a Oaklawn Police Department laid out hogstyles in a room restrained, being suffocated, abused, slapped, air taken away so DUNNS screams couldn't be heard

) The police both Oaklawn, & Chicago Police
2- nonwhite arrived PD to not intervene but too agree to beat DUNN with the knight stick too get compliance into giving blood vs DUNNS desires, wishes consent. Striking DUNNS elbows, ripping both wrist, hands, and upper back, lower back and shoulder extremites "out-of-socket"

) The knightsticks was used by the Oaklawn police Dept & the Chicago officer, detective on DUNNS arms, glenohumeral, upper buttocks, right popilitial nerve, knee (right) back causing severe fluid dripping and pain

) DUNN objected to the physically stripping, taking his possessions, cash, cellphones etc, and on several occassions stated "he wanted to be left alone and left.

) After DUNN was in appropriately touched and beaten, molested by staff, stabbed with needles his body vs his-will (—was hidden til 10AM

RECEIVED
2018 FEB 15 PM 4:46
CLERK
U.S. DISTRICT COURT

) on receiving the abuse mistreatment by the courts. The police have began up to this time Intimidating, and "stalking", threatening Dunn, baseless encounters, harrasment, retaliation pursueing Dunn aggessively for litigating and reporting the threats VS (a) - Government Witness with all ( Federal (case(s) - Litigant — Zsoch Dunn. Pending — In northern Dist

) Dunn's Fighting For his Life In freedom ensured on a criminal case and still pending, as the police Departments collectively malicously prosecute Dunn as he's traveling in the area of unincorporated Parts of cicero & Oaklawn Illinois and even when my vehicles parked.

) The infractions, Dunn wasn't committing a crime, and not trespassing or engaging In conduct which would warrant a " law enforcement official merely because Dunn's vehicle is a "old school" could be related to a culture" nonBlacks have Embraced Oaklawn IL has criminalized.

Other Officers Involved at the Bank
racial Stop, the Hospital occurence,
All Stood by Intimidating manner, Not Providing
the Name or Personal data and or Avenues
to Protect my Constitutionals Rights to be Silent
and yet not Incriminate the Plaintiffs Rights

) The Beating In the Room at 4440 W 95$ 
Is Linked to newest "Pullover" seizure,
the threat to "I'll False yo License
OR, you gotta Sign and deal with
it Later" Options, ware Unprofessional
manners Exhibited to Dunn During These
Interactions.

) The Ticket For allegedly-doing 56 In
a 35 M.P.H. The cops knew would
Bias Dunn's Rights and future rights
Which Protect Dunn's "Trust Estate living"
From having Infringments on Dunn Obligations
and rights under the Trust Express Agreement

) Dunn Pleaded to have a Breaks with officer
# 279) - due to malfunctions - Let-me
Engine
yo Scott Free, with a Warning. Because, the car
start

) The request as a Disabled for a
Merciful Break/warning for alleged violation
was Denied.

) the "TRUSTExpress" was not Ticketed
Correctly illustrative. That the Officer
never Ran the car Totality!.

) Dunn pleaded to Be released, asked to leave
and he was in pain from the Oakdale
Police Dept and Chicago police sticks weapon
Beating.

) The Chicago Police Department showed
up on Sept 24-2017 and was asking
wheres " that Lawyer, Greg, and wheres
that Lawyer of "Yours", "you have, you seen'
him "! Haahh"! The Beating was retaliation
for sueing using Greg as a attorney.

) Upon The Total harrasment The Defendants never
read Miranda warnings nor handed over the
Video footage sought regarding any of the events
that led too the excruciating pain in his Bishoulders
elbows, wrists, Back, neck, Legs, ankles,

) Dunn was handcuffed violently to the chair steel hospital

On going Retaliation exparte's, malicous Conovct to deprive The defendant Continues to infringe Plaintiffs civil rights under §1988 ano 1983, ano Under US.C 42 12203 unoer Statutes US retaliation after a witness complained of The actions US DUNN Intentionally causing trauma ano injury

Jury Demano      Trial

Inspecified — Damages
Inoush Injuries         broken  shattered nerve tear
Panic ) bones, torn   ligature  fear
    nightmares,   Trauma, inability To si walks long

DUNN

345 e 80th ST

Chicago, FL, 60619

Oh going Retaliation, exparte's, malicous
Conduct to Deprive the Defendant
Continues to infringe Plaintiffs
Civil rights under § 1988
and 1983, and under U.S.C 42
1 2203
under Statutes vs retaliation after
a witness Complained of the
actions vs Dunn Intentionally
Causing trauma and injury

Jury Demand Trial
Inspecified — Damages
inwish Injuries Broken Shattered Nerve Tear
Panic Bones, torn ligature fear
Nightmares, Trauma, inability To 51
walls long
Dunn
346 E 80th St

Chicago, FL, 60619

RECEIVED

2018 FEB 15 PM 4:46

CLERK
U.S. DISTRICT COURT