FILED
APR 10 2018 TG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Injunction TRO
18-cv-01460

D. The Plaintiff sued the City of Chicago, City of Oaklawn Police Department, the hospital Oaklawn Christ (no-registry) advocate Oaklawn IL in Sept 2017, The Plaintiff(s) Injuries affected his ability to complete his documents that had been hand written during these periods ("sequential, suspicious "tailing" pullover(s) "no basis") (stops) occurred, deaf direction threats for bogus (malfunctioning) contrived lights that issue infractions vs-my "Express Trust Estate" which semples retaliation I'm asking to sue City of Berwyn Police as-well (joinder) for conspiracy. During these redress time periods "joining" in on a conspiratorial effort vs my trial and Const Rights since Sept-24 2017-present

If The Court(1) Doesn't enter a "Tro (temp Restraing Order)" or something Simiar, The Plaintiff will suffer Irreperable Harm by failing to Be free on Bond Due too the Harm that The Imposed Illegal retaliatory actions (not limited to) of the (Def) threatening to hincer obstruct my ability to relocate travel, in my ("Trust Property")(2) I won't be able to afford a Attorney for their case, Nor(3) be able to focus on my present cases, for these reasons and health family crisis I seek request to allow/be allowed to add the city of chicago, city of berwyn Berwyn police and cicero and Advocate hospital so all matters can be litigated

As-a- result of Not allowing Parties to be "Joined" the Plaintiffs Harm will not be Properly redressed /regarding being "made whole" for all known and Unknown Injuries, Where fore Plaintiff(s) seeks all relief Available Under U.S.C (42) 1981, 1985, 1988 ADA Title II

Any All other Whistblower statutes protection Remedies against cops, Municipalitys who intimidate coherse/retaliate vs Individual(s), human Beings that sue them In Fed Court Chicago